UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL LOGAN,

       Petitioner,        21-mc-352 (PKC)

  -against-             ORDER

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

       Respondent.
------------------------------------------------------------x

CASTEL, U.S.D.J.

  The SEC is directed to submit to the Court for <u>in camera</u> review a copy of the "Order Directing Private Investigation and Designating Officers to Take Testimony" in <u>In the Matter of New York Alaska ETF Management LLC</u> (HO-13680) within seven days.

  SO ORDERED.

                _____
                P. Kevin Castel
                United States District Judge

Dated: New York, New York
    May 5, 2021